UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04CR43-V |
|---|---|---|
| v. | ) | **ORDER** |
| JOEL M. WILSON | ) | |

**THIS MATTER** is before the Court on the government's Motion For Early Release as Time Served and Writ ad Testificandum, filed May 5, 2006, in the above referenced matter.

FOR GOOD CAUSE SHOWN, the government's Motion is hereby GRANTED.

IT IS THEREFORE ORDERED that FCI Edgefield release Joel M. Wilson, USMS Number 19513-058, as time served as of May 17, 2006. Joel M. Wilson is to report to U.S. Probation Officer Joel Taylor, 816 Highway 321, Hickory, North Carolina, 28601 immediately upon his release to commence the eight (8) month home detention as ordered by the Amended Judgment filed October 7, 2005.

The Clerk is also directed to certify copies of this order FCI Edgefield, to defendant, to counsel for defendant, to the United States Attorney, the United States Marshals Office, and to the U.S. Probation Office.

This 8th day of May, 2006.

RICHARD L. VOORHEES, CHIEF
UNITED STATES DISTRICT JUDGE